# EXHIBIT A



| (Child) ASIN | Title | Sessions | Session Percentage | Page Views | Page Views Percentage | Units Ordered | Unit Session Percentage | Ordered Product Sales | Total Order Items | Total Order Items - B2B |
|---|---|---|---|---|---|---|---|---|---|---|
| B0974D6D8V | Choxila Oil Sprayer for Cooking,2 Nozzles,Olive Oil Sprayer Bottle for Salad, BBQ, Kitchen Baking, Roasting | | | | | | | | | |
| B0974FDQSH | Choxila Knife Sharpeners,Manual Knife Extremely Fast Sharpening Euro-American Style Knives Precise Bevel Angle Control Diamond Abrasive, 3-Stage, Black | | | | | | | | | |
| B09FLJ621M | Choxila Skull Halloween Tree Pumpkin Decor It's The Great Pumpkin Illuminated Halloween Christmas Tree with Led Light Peanuts Halloween Ornaments for Tree Indoor Hanging Decorations | 60 | 0.3% | 81 | 0.31% | 2 | 3.33% | $59.98 | 2 | 0 |
| B09CDFR2YW | Choxila 2 Pcs Dish Soap Dispenser for Kitchen,2 Pack Kitchen Clean Sponges for Dish, Soap Dispenser and Sponge Holder 2 in1, Countertop Soap Pump Dispenser Caddy. | | | | | | | | | |
| B09GKF5L3S | | | | | | | | | | |
| B07S7VQVSQ | Choxila Potato Ricer and Masher, Heavy Duty Commercial Stainless Steel Vegetable Ricer and Fruit Ricer for Restaurants and Baby Food Supplements (white) | | | | | | | | | |
| B08T77X4CX | Choxila Meat Tenderizer Hammer,Heavy Duty Large Size Stainless Meat Tenderizer with Safe Non-Slip Ergonomic Grip for Pounding Beef Veal Chicken Lamb Steak,Dishwasher Safe (Black) | | | | | | | | | |

# EXHIBIT B

amazon seller central    Catalog    Inventory    Pricing    Orders    Advertising    Stores    Growth    Reports    Performance    Partner Network    B2B    Brands    ying she j...

2345翻译  是否将当前网页翻译成中文？  翻译  不翻译  ⚙ ✕

ⓘ  **Buy Shipping currently does not support multi-package shipping for certain areas. You can use Ship Confirmation to ship out multiple packages for single order.**    ✕

## Order details    Order ID: # 111-1512713-5768239    |    Your Seller Order ID: # Edit

Go back to order list

Print packing slip    Refund Order    Request a Review

### Order summary

| | | | |
|---|---|---|---|
| Ship by: | Thu, Sep 9, 2021 to Fri, Sep 10, 2021 | Shipping service: | Standard |
| Deliver by: | Wed, Sep 29, 2021 to Thu, Oct 21, 2021 | Fulfillment: | Seller |
| Purchase date: | Wed, Sep 8, 2021, 8:23 AM PDT | Sales channel: | Amazon.com 🇺🇸 |

### Ship to

Karey
CHICAGO, IL 60606-6771
United States

Address Type:  **Commercial**

Contact Buyer:    **Joey**

### Sales proceeds

Payment methods: Standard

| | |
|---|---|
| Items total: | US$29.99 |
| Shipping total: | US$1.99 |
| Tax total: | US$3.07 |
| **Grand total:** | **US$35.05** |

### Seller Notes

For your records only, will not be displayed to the buyer.

### More details

Tax Collection Model:  MarketplaceFacilitator          Tax Collection Responsible Party:  Amazon Services LLC

### Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| **Shipped** | | Choxila Skull Halloween Tree Pumpkin Decor It's The Great Pumpkin Illuminated Halloween Christmas Tree with Led Light Peanuts Halloween Ornaments for ASIN: **B09FLJ621M** SKU: VG-2NUG-KYOG | Condition: New Order Item ID: 24701501581218 | 1 | US$29.99 | Item subtotal: Shipping total: Tax: **Item total:** | US$29.99 US$1.99 US$3.07 **US$35.05** |

### Manage Feedback

Joey has not left you feedback for this order yet.

## Package 1

Action on package 1    Edit shipment    Print packing slip

| | | |
|---|---|---|
| Ship date | Thu, Sep 9, 2021 | |
| Carrier | China Post | Tracking ID    AQ528422563CN |
| Shipping service | China Post e-EMS | |

FEEDBACK ✕

# EXHIBIT C



# amazon seller central

Catalog    Inventory    Pricing    Orders    Advertising    Stores

ying she ji | United States    English ▾    Search    Messages   Help   Settings

Buy Shipping currently does not support multi-package shipping for certain areas. You can use Ship Confirmation to ship out multiple packages for single order.    ✕

## Order details   Order ID: # **112-1368130-2976264**   |   Your Seller Order ID: # Edit

Print packing slip    Refund Order    Request a Review

Go back to order list

### Order summary

| | | | | |
|---|---|---|---|---|
| Ship by: | **Mon, Sep 13, 2021 to Tue, Sep 14, 2021** | Shipping service: | Standard | |
| Deliver by: | Wed, Sep 22, 2021 to Mon, Oct 4, 2021 | Fulfillment: | Seller | |
| Purchase date: | Sat, Sep 11, 2021, 8:39 PM PDT | Sales channel: | Amazon.com 🇺🇸 | |

### Ship to

Valencia, CA 91354
United States

Address Type:  Residential

Contact Buyer:

## Sales proceeds

Payment methods: Standard

| | |
|---|---|
| Items total: | US$29.99 |
| Shipping total: | US$1.99 |
| Tax total: | US$3.04 |
| **Grand total:** | **US$35.02** |

### Seller Notes

For your records only, will not be displayed to the buyer.

### Manage Feedback

Kevin has not left you feedback for this order yet.

## More details

Tax Collection Model:  MarketplaceFacilitator          Tax Collection Responsible Party:  Amazon Services LLC

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| **Shipped** | | Choxila Skull Halloween Tree Pumpkin Decor It's The Great Pumpkin Illuminated Halloween Christmas Tree with Led Light Peanuts Halloween Ornaments for<br>ASIN: **B09FLJ621M**<br>SKU: VG-2NUG-KYOG | Condition: New<br>Order Item ID: 50985903924594 | 1 | US$29.99 | Item subtotal:<br>Shipping total:<br>Tax:<br>**Item total:** | US$29.99<br>US$1.99<br>US$3.04<br>**US$35.02** |

## Package 1

| | | | |
|---|---|---|---|
| Action on package 1 | Edit shipment    Print packing slip | | |
| | Ship date | Tue, Sep 14, 2021 | |
| | Carrier | China Post | Tracking ID    AQ529511914CN |
| | Shipping service | China Post e-EMS | |

FEEDBACK ✕

# EXHIBIT D

## Transactions for order ID 111-1512713-5768239

Download ⚠

| Date | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total |
|---|---|---|---|---|---|---|---|---|
| 9/10/2021 | Order Payment | 111-1512713-5768239 | Choxila Skull Halloween Tree Pumpkin Dec... | $29.99 | $0.00 | -$4.80 | $1.99 | $27.18 |

# EXHIBIT E

## Transactions for order ID 112-1368130-2976264

Download ⚠

| Date | Transaction type | Order ID | Product Details | Total product charges | Total promotional rebates | Amazon fees | Other | Total |
|------|-----------------|----------|-----------------|----------------------|--------------------------|-------------|-------|-------|
| 9/15/2021 | Order Payment | 112-1368130-2976264 | Choxila Skull Halloween Tree Pumpkin Dec... | $29.99 | $0.00 | -$4.80 | $1.99 | $27.18 |

# EXHIBIT F
# (Filed Under Seal)

| (Parent) ASIN | (Child) ASIN | Title | Sessions | Session Percenta | Page Views | Page Views Perc | Featured Offer (B | Units Ordered | Units Ordered - B | Unit Session Per | Unit Session Per | Ordered Product | Ordered Product | Total Order Items | Total Order Items - B2B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B09CTLGYPQ | B09BCRGPL2 | Choxila 2Pcs Multipurpose Foam Cleaner Spray 100ml, Foam Cleaner for car and House Lemon Flavor, All-Purpose Household Cleaners for Car and Kitchen (2 Pcs) | | | | | | | | | | | | | |
| B07L8TW6PC | B07L8TW6PC | Choxila Pineapple Corer Stainless Steel Pineapple Corer Peeler Pineapple Cutter Fruit tool Easy Kitchen Tool | | | | | | | | | | | | | |
| B099366D19 | B093BQB7CS | Choxila Watermelon Cutter Slicer,Stainless Steel Quickly Safe Watermelon Knife,Fun Fruit Salad Melon Cutter for Kitchen Gadget (watermelon cutter) | | | | | | | | | | | | | |
| B08SLMLSGK | B08SLMLSGK | Choxila Can Opener Manual,Smooth Edge,Durable Safety Ergonomic Handle Aid Stainless Can Opener for Restaurant &Kitchen | | | | | | | | | | | | | |
| B093BQB7CS | B093BQB7CS | Choxila Watermelon Cutter Slicer,Stainless Steel Quickly Safe Watermelon Knife,Fun Fruit Salad Melon Cutter for Kitchen Gadget (watermelon cutter) | | | | | | | | | | | | | |
| B09CTLGYPQ | B09CTFCJQ8 | Choxila 4Pcs Multipurpose Foam Cleaner Spray 100ml, Foam Cleaner for car and House Lemon Flavor, All-Purpose Household Cleaners for Car and Kitchen (4 Pcs) | | | | | | | | | | | | | |
| B09F64TGD9 | B09F64TGD9 | Choxila Tiktok Quick Snatch Bandage Wrap Lumbar Waist Support Trainer Back Braces Postpartum Recovery for Women (Length 118 inch) | | | | | | | | | | | | | |
| B09BCRGPL2 | B09BCRGPL2 | Choxila 2Pcs Multipurpose Foam Cleaner Spray 100ml, Foam Cleaner for car and House Lemon Flavor, All-Purpose Household Cleaners for Car and Kitchen (2 Pcs) | | | | | | | | | | | | | |
| B099ZVQQNG | B099ZVQQNG | Choxila Corn Stripper, Stainless Steel Corn Cob Remover Cutter Fruit Vegetable Tools Shaver Kitchen Gadgets Accessories | | | | | | | | | | | | | |
| B099366D19 | B098JRQTHG | Choxila Watermelon Cutter Slicer,Stainless Steel Quickly Safe Watermelon Knife,Fun Fruit Salad Melon Cutter for Kitchen Gadget (watermelon cutter+2 forks) | | | | | | | | | | | | | |
| B08T7C5P7B | B08T7C5P7B | Choxila Potato Ricer and Masher, Heavy Duty Commercial Stainless Steel Vegetable Ricer and Fruit Ricer for Restaurants and Baby Food Supplements (silver) | | | | | | | | | | | | | |
| B09HC5GSZP | B09F64TGD9 | Choxila Tiktok Quick Snatch Bandage Wrap Lumbar Waist Support Trainer Back Braces Postpartum Recovery for Women (Length 118 inch) | | | | | | | | | | | | | |
| B08T7BYV5R | B08T7BYV5R | choxila Burger Press 100 Patty Papers Set,Non-Stick Hamburger Press Patty Maker for Beef Pork Meat, Hamburger Patty Mold,Burger Press Patty Maker for BBQ Barbecue Grill | | | | | | | | | | | | | |
| B09GKCMTB1 | B09GKCMTB1 | Choxila Witch Halloween Wreath,Outdoor Halloween Garland Witch Legs Decoration Wreath for Front Door,Witch Wreath Hanging Welcome Wreath Sign Halloween Decorations | | | | | | | | | | | | | |
| B09B3V7C7P | B09B3V7C7P | Choxila Meatball Mold Manual Meatloaf Maker Press Tool, Durable DIY Meatball Maker Press Tool Kitchen Tool for Making Fried Kibbeh | | | | | | | | | | | | | |
| B09F2xRG46 | B09F2xRG46 | Choxila Expressive Pumpkin Family - Pumpkin Edgar,Halloween Freak six Combinations Pumpkin Lantern Venue Layout Props Pumpkin Lantern bar Halloween Decoration | | | | | | | | | | | | | |
| B09DCVXK8H | B08T7C5P7B | Choxila Potato Ricer and Masher, Heavy Duty Commercial Stainless Steel Vegetable Ricer and Fruit Ricer for Restaurants and Baby Food Supplements (silver) | | | | | | | | | | | | | |
| B09DCVXK8H | B09C5HSP31 | Choxila Potato Ricer and Masher, Heavy Duty Commercial Stainless Steel Vegetable Ricer and Fruit Ricer for Restaurants and Baby Food Supplements (comfortable handle) | | | | | | | | | | | | | |
| B09HC5GSZP | B09HBFVHB8 | Choxila Tiktok Quick Snatch Bandage Wrap Lumbar Waist Support Trainer Back Braces Postpartum Recovery for Women (Length 197 inch) | | | | | | | | | | | | | |
| B08T76RNBV | B08T76756K | Choxila Meat Tenderizer Hammer,Heavy Duty Large Size Stainless Meat Tenderizer with Safe Non-Slip Ergonomic Grip for Pounding Beef Veal Chicken Lamb Steak,Dishwasher Safe (Silver)ь- | | | | | | | | | | | | | |
| B09B4LLKKZ | B0974D6D8V | Choxila Oil Sprayer for Cooking,2 Nozzles,Olive Oil Sprayer Bottle for Salad, BBQ, Kitchen Baking, Roasting | | | | | | | | | | | | | |
| B099PNMKTN | B099PNMKTN | | | | | | | | | | | | | | |
| B09D9F1JV1 | B09D9F1JV1 | Choxila 5Pcs Tattoo Lipstick Cigarette Cotton Swab, Women Long Lasting Lip Gloss Cotton Swab Matte, Cigarette Lipstick Cotton Swab, Durable Waterproof Liquid Non-Stick Lipstick, Easy To Carry (20 Pcs/Box) | | | | | | | | | | | | | |
| B09DNYD27W | B09DNYD27W | choxila Unique and Magical Metal Windmill-Kinetic Metal Wind Spinners with Metal Garden Stake, Perfect Garden Decoration and Gift Idea | | | | | | | | | | | | | |
| B09FGDGX1G | B09FGDGX1G | 2Pcs Multipurpose Foam Cleaner Spray 100ml, Foam Cleaner for car Lemon Flavor, All-Purpose Household Cleaners for Car | | | | | | | | | | | | | |
| B08T76756K | B08T76756K | Choxila Meat Tenderizer Hammer,Heavy Duty Large Size Stainless Meat Tenderizer with Safe Non-Slip Ergonomic Grip for Pounding Beef Veal Chicken Lamb Steak,Dishwasher Safe (Silver)ь- | | | | | | | | | | | | | |
| B08T76RNBV | B08T77X4CX | Choxila Meat Tenderizer Hammer,Heavy Duty Large Size Stainless Meat Tenderizer with Safe Non-Slip Ergonomic Grip for Pounding Beef Veal Chicken Lamb Steak,Dishwasher Safe (Black) | | | | | | | | | | | | | |
| B0974D6D8V | B0974D6D8V | Choxila Oil Sprayer for Cooking,2 Nozzles,Olive Oil Sprayer Bottle for Salad, BBQ, Kitchen Baking, Roasting | | | | | | | | | | | | | |
| B0974FDQSH | B0974FDQSH | Choxila Knife Sharpeners,Manual Knife Extremely Fast Sharpening Euro-American Style Knives Precise Bevel Angle Control Diamond Abrasive, 3-Stage, Black | | | | | | | | | | | | | |
| B09FLJ621M | B09FLJ621M | Choxila Skull Halloween Tree Pumpkin Decor It's The Great Pumpkin Illuminated Halloween Christmas Tree with Led Light Peanuts Halloween Ornaments for Tree Indoor Hanging Decorations | | | | | | | | | | | | | |
| B09CDFR2YW | B09CDFR2YW | Choxila 2 Pcs Dish Soap Dispenser for Kitchen,2 Pack Kitchen Clean Sponges for Dish, Soap Dispenser and Sponge Holder 2 in1, Countertop Soap Pump Dispenser Caddy. | | | | | | | | | | | | | |
| B09DCVXK8H | B07S7VQVSQ | Choxila Potato Ricer and Masher, Heavy Duty Commercial Stainless Steel Vegetable Ricer and Fruit Ricer for Restaurants and Baby Food Supplements (white) | | | | | | | | | | | | | |
| B07S7VQVSQ | B07S7VQVSQ | Choxila Potato Ricer and Masher, Heavy Duty Commercial Stainless Steel Vegetable Ricer and Fruit Ricer for Restaurants and Baby Food Supplements (white) | | | | | | | | | | | | | |

| | | |
|---|---|---|
| B08T77X4CX | B08T77X4CX | Choxila Meat Tenderizer Hammer,Heavy Duty Large Size Stainless Meat Tenderizer with Safe Non-Slip Ergonomic Grip for Pounding Beef Veal Chicken Lamb Steak,Dishwasher Safe (Black) |
| B0957PSBSR | B0957PSBSR | Choxila Mango Cutter, Fruit Corer Slicer Stainless Peeler and Splitter for Kitchen and Party |
| B097D65P6L | B097D65P6L | Choxila Colander Strainer Basket Over the Sink Stainless steel - Wash Vegetables and Fruits, Drain Cooked Pasta and Dry Dishes New Home Kitchen Essentials |
| B099PPKGDK | B099PPKGDK | Choxila Vegetable Chopper, Pro Onion Chopper Slicer Dicer Cutter - Cheese & Veggie Chopper - Food Chopper Dicer with 4 Blades (BlueⒺⓄ |
| B09BCXRF9Y | B09BCXRF9Y | |
| B098FCCF2D | B098FCCF2D | |
| B09BKW8C9L | B09BKW8C9L | watermelon cutter + potato ricer |
| B09BKWY4L4 | B09BKWY4L4 | |
| B09BNHN7HJ | B09BNHN7HJ | |
| B09C1ZSC7H | B09C1ZSC7H | |
| B09C358MVP | B09C358MVP | Choxila Vegetable Chopper Stainless Steel- Vegetable Slicer - Onion Chopper with Container - Pro Food Chopper - Blue Slicer Dicer Cutter - 6 Blades ¡- |
| B09CCKX1XQ | B09CCKX1XQ | ¡¼FREE delivery¿¿Choxila corn stripper+watermelon cutter |
| B09CMFVH4W | B09CMFVH4W | |
| B09CMK52VD | B09CMK52VD | |
| B09CT5V5TV | B09CT5V5TV | |
| B09CTFCJQ8 | B09CTFCJQ8 | Choxila 4Pcs Multipurpose Foam Cleaner Spray 100ml, Foam Cleaner for car and House Lemon Flavor, All-Purpose Household Cleaners for Car and Kitchen (4 Pcs) |
| B09D7VF2F1 | B09D7VF2F1 | Choxila Halloween Visiting Luminous Witches with Stakes Outdoor Halloween Decorations Light-Up Witches,Voice Control Witch Glowing Head Life Size for Outside Home Party Decor |
| B09DS5BZFW | B09DS5BZFW | choxila Wall Clock, Cuckoo Clock Wall Paper, Christmas Cuckoo Clock, Halloween Ornaments |
| B09DY54TXW | B09DY54TXW | choxila Hoe Gardening Tools Hand Shovel Weed Puller Accessories Sharp Durable Gardening Gifts for Women Hoe Garden Tool Traditional Manganese Steel Quenching Forging Process |
| B09GKF5L3S | B09GKF5L3S | |