IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WUZHOU ALPHA E-COMMERCE CO., LTD. et al,<br><br>　　　　Defendants. | Case No. 21-cv-05863<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Sunil R. Harjani** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Peanuts Worldwide LLC ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| Zhangmxxxx | 30 |
| SAINGACE | 32 |
| Dress & Tops | 33 |
| Vicetion US | 36 |
| ZX CV | 45 |
| Yihetang##milk& | 47 |
| xiaoliushangdian | 67 |
| woshisanda | 82 |
| xiyangyanghesunwukong | 84 |
| VIADHA Life | 92 |
| xigua&shuang | 104 |
| Wear-DOY | 112 |
| USA!7-15 days flying speed arrival | 117 |
| ZHAOCUI Co,Ltd | 119 |
| yangqiangrto | 123 |
| YYYH-SHOPPING | 130 |
| renwan | 137 |
| iRedpanda | 138 |

1

| | |
|---|---|
| justHIGH | 139 |
| Wirziis Fashion US7-16 Days Delivery | 141 |
| Vicetion | 143 |
| February Spring | 146 |
| SuiHuaShiBeiLinQuDaKaBaiHuoShangDian | 152 |
| Hodudu-US Store | 170 |
| XXYQSMYXGS | 187 |
| SHUNJUNUS | 188 |
| Renpojo | 194 |
| HeroHarold | 195 |

Dated this 21st day of January 2022.   Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*