IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WUZHOU ALPHA E-COMMERCE CO., LTD. et al,<br><br>　　　　　Defendants. | Case No. 21-cv-05863<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Sunil R. Harjani** |

**STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Peanuts Worldwide LLC and defendant Yingsheji Jiatingyongpinyouxiangongsi[1] (collectively, the "Parties") hereby stipulate, in consideration of a negotiated settlement executed by the Parties, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against the Parties, with each party to bear its own attorney's fees and costs.

---

[1] Listed on Schedule A to the Complaint under the seller alias "ying she ji" at No. 65.

Dated this 4th day of February 2022.　　　Respectfully submitted,

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Isaku M. Begert
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ibegert@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Peanuts Worldwide LLC*


/s/ Matthew De Preter
Matthew De Preter
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611
312.828.9600/ 312.828.9635 (facsimile)
cdepreter@agdglaw.com

*Counsel for Defendant ying she ji*